**Exhibit A to the Complaint**

**Location:** New Providence, NJ

**Total Works Infringed:** 33

**IP Address:** 173.63.240.120

**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 1 | D6C69A84E33A93E55015808B02EB35CAFD158BD5 | 04/02/2019 18:17:20 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 2 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | 11/05/2018 21:57:05 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 3 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 01/18/2019 20:04:23 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 4 | 18B454A9C4B392D3B36B10F5307E46926A367695 | 04/27/2019 15:11:23 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 5 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | 11/19/2018 21:20:21 | Vixen | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 6 | 25075BEE3E430D7FF4B45A78867471F6EA59D266 | 01/07/2019 18:34:27 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 7 | 2609989991816C1C8336EEEAB359A23E33A025F1 | 02/21/2019 17:14:36 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 8 | 333EF607453E84D6528AC24F90BAF0FAD4A1117A | 04/02/2019 17:46:31 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 9 | 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E | 04/02/2019 18:27:44 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 10 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | 11/26/2018 16:05:05 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |
| 11 | 5646357C2C33F1322815940754A792D16F4A3E8C | 04/27/2019 15:01:36 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 12 | 6139AEF3696F83F031C0ED30F17BE4D3EA235E43 | 04/27/2019 14:55:23 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 13 | 6B648DEA9BC0DB26F29C928EB2F67AE80903E94B | 03/18/2019 03:26:41 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 14 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | 11/19/2018 20:08:42 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 15 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 11/26/2018 16:32:46 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 16 | 7ADD0E09EEEF892982208191A8808453A1480C84 | 11/05/2018 22:04:08 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 17 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 01/31/2019 21:09:47 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 18 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 05/13/2019 15:09:14 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 19 | 866ED08FAA30A005479E7691EE82140D1B4C8592 | 12/10/2018 13:29:58 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 20 | 95268E17253E5EC3710FEE3E293364B0E32DD323 | 02/14/2019 21:46:56 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 21 | 96CA0D7FF3B563FD057436FBC325B6FF3EB237B7 | 03/18/2019 03:33:27 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 22 | 999C03253CE0755916BEA619580CA77216F552E6 | 04/27/2019 15:15:30 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 23 | A66C9C655E360338BD35653F211606B8DDC42727 | 04/27/2019 15:43:03 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 24 | B13AE94A241C9D4B473BBB3C26F761F76F55D935 | 01/07/2019 18:34:23 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 25 | B3D0AFF7AF8B13A26C8D737D478387C9F742628D | 11/05/2018 22:14:49 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 26 | B7BCBF2FCDD44A8BDB3A063EB66E0773C0B07526 | 12/10/2018 13:10:08 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 27 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 01/07/2019 18:46:59 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 28 | DBD37806A272E34CF33F9EDAF8BDA6391FF8F7C0 | 03/18/2019 03:32:49 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 29 | E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF | 04/27/2019 14:55:59 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 30 | E61DE5DC0D526D171232A8994EAF508BD4CD7092 | 02/07/2019 15:56:28 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 31 | F25817E594908EA8A9E9E38596A20DA2D2230ADA | 05/19/2019 17:07:15 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 32 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | 11/19/2018 20:03:35 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 33 | FD451C17F6CD6A9FC4992E362A68B0846555EE33 | 03/17/2019 18:39:50 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |